464 A.2d 538

Hayes, Appellant v. SEPTA.

622

Submitted February 10, 1983. Thomas R. Kline, for appellant; Stuart A. Schwartz, for appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment affirmed.